IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIVE FACE ON WEB, LLC,**<br>    *Plaintiff,*<br>  v.<br><br>**MERCHANTS INSURANCE GROUP, et al.,**<br>    *Defendants.* | Case No. 2:19-cv-00528-JDW |

## ORDER

**AND NOW**, this 1st day of April, 2020, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 44), Defendant Merchants Mutual Insurance Company's Motion for Summary Judgment (ECF No. 45), Defendant Martin Insurance Services, Inc. d/b/a Martin Insurance Group's Motion For Summary Judgment (ECF No. 46), and all materials submitted in connection with those Motions, and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendant Merchants Mutual Insurance Company's Motion for Summary Judgment (ECF No. 45) is **GRANTED**;

2. Defendant Martin Insurance Group's Motion for Summary Judgment (ECF No. 46) is **GRANTED**; and

3. Plaintiff's Motion for Summary Judgment (ECF No. 44) is **DENIED**.

It is **FURTHER ORDERED** that the Court will hold a status call with counsel for Plaintiff and for Defendant Martin Insurance Company on April 7, 2020, at 10:00 a.m. EDT to discuss a schedule for further proceedings in this action. Plaintiff's counsel is directed to initiate this call and once all counsel are on the phone, call Chambers at 267-299-7320.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J**.