## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

LIVE FACE ON WEB, LLC,                  :
                                        :          **Case No. 2:19-cv-00528-JDW**
      *Plaintiff,*                     :
                                        :
  **v.**                                   :
                                        :
**MERCHANTS INSURANCE GROUP,** *et al.,*  :
                                        :
      *Defendants.*                   :

---

### ORDER

AND NOW, this 20th day of April, 2020, upon consideration of Plaintiff's Motion for Clarification and/or Reconsideration of the Court's Order on Summary Judgment (ECF No. 66), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**